Quazi R. Med. Servs., PC v Nationwide Mut. Ins. Co. (2025 NY Slip Op 51784(U))

[*1]

Quazi R. Med. Servs., PC v Nationwide Mut. Ins. Co.

2025 NY Slip Op 51784(U)

Decided on November 13, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 13, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Brigantti, Alpert, JJ.

571054/25

Quazi R. Medical Services, PC, a/a/o Geuel King, Plaintiff-Respondent, 
against
Nationwide Mutual Ins. Co., Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, Bronx County (Lauren L. Esposito, J.), entered February 10, 2025, which denied its motion for summary judgment.

Per Curiam.
Order (Lauren L. Esposito, J.), entered February 10, 2025, reversed, without costs, defendant's motion for summary judgment granted and the complaint dismissed. The Clerk is directed to enter judgment accordingly.
Defendant-insurer's unopposed motion for summary judgment dismissing this action for first-party, no-fault benefits should have been granted. Defendant made a prima facie showing that plaintiff failed to appear at properly scheduled examinations under oath (EUOs) (see Kemper Independence Ins. Co. v Cornerstone Chiropractic, P.C., 185 AD3d 468 [2020]; Hertz Vehs. LLC v Significant Care, PT, P.C., 157 AD3d 600, 601 [2018]; Mapfre Ins. Co. of NY v Manoo, 140 AD3d 468, 469 [2016]). Contrary to the conclusion reached below, defendant's request for verification one day beyond the prescribed 15-day period set forth in 11 NYCRR § 65—3.5 [b], but before the 30-day claim denial window expired, did not render its requests invalid, but merely reduced the 30-day time period for payment or denial of the claim (see Hospital for Joint Diseases v Travelers Prop. Cas. Ins. Co., 9 NY3d 312, 318 [2007]; Nyack Hosp. v General Motors Acceptance Corp., 8 NY3d 294, 300 [2007]; Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co., 83 Misc 3d 41, 43 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 13, 2025